IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CORRINE HERROD                                                PLAINTIFF

v.                                                              CIVIL ACTION NO. 4:20-CV-73-SA-DAS

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY                    DEFENDANT

ORDER

On April 1, 2021, United States Magistrate Judge Sanders issued a Report and Recommendation [26] in this cause. The R&R recommends that "the decision of the Commissioner of Social Security be reversed and remanded for further proceedings." [26], p. 1. The R&R provided the parties fourteen days to object to the R&R, if they chose to do so. Despite the passage of the fourteen-day deadline, no objections have been filed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)).

The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R is ADOPTED IN FULL as the Order of the Court. The Commissioner's decision is hereby REVERSED. The case is hereby REMANDED for further proceedings in accordance with the Report and Recommendation.

SO ORDERED, this the 3rd day of August, 2021.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE